UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALLAH, | ) | CASE NO. C05-1480-MJP-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| DOUG WADDINGTON, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This is a federal habeas action which was initiated by petitioner in August 2005 with the filing of a petition for writ of habeas corpus and a series of supporting documents which appeared to present a challenge to petitioner's 2001 state court conviction. This Court reviewed the documents and found that they did not clearly provide all of the information required by the Court's prescribed forms. The Court also found that petitioner's documents did not clearly identify the claims petitioner intended to raise in these proceedings. Thus, on October 18, 2005, this Court issued an Order directing petitioner to file a § 2254 petition on the forms provided by the Clerk and reminding petitioner that state remedies must first be exhausted as to all issues raised in a federal habeas petition.

REPORT AND RECOMMENDATION
PAGE -1

01    On November 9, 2005, petitioner filed a document entitled "Refusal for Fraud FRCP 9(b)" in which he appears challenge this Court's October 18 Order on the grounds that the parties were identified in the caption of the Order using all capital letters. On November 23, 2005, petitioner filed a document entitled "Judgement on Habeas Corpus As a Matter of Law/And Order of Release" in which he identifies a series of attached exhibits which he apparently believes entitle him to release from custody.

    The documents submitted by petitioner do not make clear the precise nature of petitioner's claims nor do they demonstrate that any intended claims have been exhausted in the state courts. Accordingly, this Court recommends that petitioner's federal habeas petition be dismissed, without prejudice, for failure to identify any cognizable claim for federal habeas relief. A proposed order accompanies this Report and Recommendation.

    DATED this  20th  day of  December , 2005.

                            /s/ Mary Alice Theiler
                            Mary Alice Theiler
                            United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2