UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH, ) | CASE NO. C05-1480-MJP-MAT |
|     Petitioner, ) | |
| ) | |
| v. ) | ORDER DISMISSING § 2254 |
| ) | PETITION WITHOUT PREJUDICE |
| DOUG WADDINGTON, ) | |
| ) | |
|     Respondent. ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, Petitioner's objections to the Report and Recommendation, and the balance of the record, hereby finds and ORDERS as follows:

(1)   The Court adopts the Report and Recommendation.  As Judge Theiler noted, the nature of Petitioner's claims is not clear.  Furthermore, Judge Theiler provided Petitioner with the opportunity to clarify the nature of his claims and to demonstrate that he had properly exhausted his state court remedies, but Petitioner refused to do so.  In his objections,

ORDER DISMISSING § 2254 PETITION
WITHOUT PREJUDICE
PAGE -1

01 Petitioner appears to complain that he was convicted and has been confined under the name

02 Edwin R. Coston (his birth name), rather than the name Allah.  However, such a complaint

03 does not state a cognizable claim for habeas relief under 28 U.S.C. § 2254.

04     (2)    Therefore, Petitioner's federal habeas petition is DISMISSED, without

05 prejudice, for failure to state a cognizable claim for federal habeas relief.

06     (3)    The Clerk is directed to send copies of this Order to Petitioner and to the

07 Honorable Mary Alice Theiler.

08     DATED this 27th day of January, 2006.

10     s/Marsha J. Pechman
    MARSHA J. PECHMAN
11     United States District Judge

ORDER DISMISSING § 2254 PETITION
WITHOUT PREJUDICE
PAGE -2