UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALLAH, | ) | CASE NO. C05-1480-MJP-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR ORDER OF |
| DOUG WADDINGTON, | ) | INDIGENCE |
| | ) | |
| Respondent. | ) | |
| | ) | |

This a federal habeas action which is proceeding under 28 U.S.C. § 2254. Petitioner has previously been granted leave to proceed with this action *in forma pauperis*. Petitioner now requests that the Court issue an "order of indigence" which would permit him to obtain certified copies of certain state court records at public expense. Petitioner asserts that these records are necessary in order for him to prove his federal habeas claims. However, this Court has no authority to direct the state courts to produce the requested records at public expense. Accordingly, petitioner's motion for an order of indigence (Dkt. No. 23) is DENIED. The Clerk is directed to send a copy of this Order to petitioner.

DATED this 5th day of August, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING PETITIONER'S
MOTION FOR ORDER OF INDIGENCE
PAGE -1