UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALLAH, | ) | CASE NO. C05-1480-MJP-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING PETITIONER'S |
| | ) | NOTICE OF DEFAULT AND |
| KAREN BRUNSON, | ) | DEFAULT JUDGMENT |
| | ) | |
| Respondent. | ) | |
| | ) | |

This a federal habeas action which is proceeding under 28 U.S.C. § 2254. Petitioner recently submitted to the Court a notice of default and a default judgment. Petitioner asserts in these documents that he is entitled to entry of default against respondent because respondent has yet to file an answer to petitioner's federal habeas petition. On October 10, 2008, this Court issued an Order granting respondent an extension of time until November 6, 2008, to file an answer to the petition. (*See* Dkt. No. 44.) As respondent's answer is not yet due, petitioner's assertion that respondent is in default is simply incorrect. Accordingly, petitioner's notice of default (Dkt. No. 41) and petitioner's default judgment (Dkt. No. 46) are STRICKEN from the record.

ORDER STRIKING PETITIONER'S NOTICE
OF DEFAULT AND DEFAULT JUDGMENT
PAGE -1

01       The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent,

02 and to the Honorable Marsha J. Pechman.

03       DATED this <u>24th</u> day of October, 2008.

*(signature)*
Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING PETITIONER'S NOTICE
OF DEFAULT AND DEFAULT JUDGMENT
PAGE -2