UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALLAH, | ) | CASE NO. C05-1480-MJP |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING § 2254 PETITION |
| | ) | |
| KAREN BRUNSON, | ) | |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's federal habeas petition (Dkt. No. 22) is DENIED and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 2nd day of March, 2009.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
U.S. District Judge