# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALLAH, a/k/a EDWIN R. COSTON,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KAREN BRUNSON,<br><br>　　　　　　Respondent. | CASE NO. C05-1480 MJP<br><br>ORDER DENYING PETITIONER'S MOTION TO DISMISS |

THIS MATTER comes before the Court on Petitioner's Motion to Dismiss King County Case No. 99-1-00987-7-SEA. (Dkt. No. 99.) Having reviewed the Motion and the related record, the Court DENIES the Motion.

The Court construes Petitioner's Motion to Dismiss as a petition for a writ of habeas corpus under 28 U.S.C. § 2254, Petitioner's third since he filed his first petition in 2005. Because this case has been closed and judgment has been entered, the Court will not consider this Petition.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 21, 2020.

Marsha J. Pechman
United States District Judge