

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH, a/k/a EDWIN R. COSTON,<br><br>Petitioner,<br><br>v.<br><br>KAREN BRUNSON,<br><br>Defendant. | CASE NO. C05-1480 MJP<br><br>ORDER DENYING MOTION TO PRODUCE INDEMNITY BOND;<br><br>DENYING MOTION TO VACATE/VOID JUDGMENT |

THIS MATTER comes before the Court on Petitioner's Motion to Produce Indemnity Bond and Motion to Vacate/Void Judgment. (Dkt. Nos. 105, 106.) Having reviewed the Motions and the related record, the Court DENIES both Motions. Because this case has been closed for fourteen years (see Dkt. No. 14), the Court is not in possession of Petitioner's indemnity bond, and because Petitioner cannot amend his Petition for a Writ of Habeas Corpus or file a new Petition in this closed case, these Motions are not properly before the Court and both Motions are DENIED.

The clerk is ordered to provide copies of this order to Petitioner and all counsel.

Dated April 10, 2020.

_Marsha J. Pechman_
Marsha J. Pechman
Senior United States District Judge