UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH, a/k/a EDWIN R. COSTON,<br><br>Petitioner,<br><br>v.<br><br>KAREN BRUNSON,<br><br>Respondent. | CASE NO. C05-1480 MJP<br><br>ORDER STRIKING MOTION FOR RELIEF FROM JUDGMENT |

This matter comes before the Court on Petitioner's Motion for Relief from Judgment pursuant to Fed. R. Civ. P. 60. (Dkt. No. 108.) Having reviewed the Motion and the related record, the Court hereby STRIKES the Motion.

Under Rule 60, relief from a final judgment may be warranted in circumstances involving:

(1) mistake, inadvertence, surprise, or excusable neglect;
(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;
(5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).

In his Rule 60(b) Motion, Petitioner asks the Court to find his imprisonment is illegal and void. (Dkt. No. 108.) He asserts that his imprisonment is without authority because the State does not have a judgment in his name to hold or confine him. (Id.) Petition has raised some version of these same arguments in at least six motions previously filed with this Court. (See Dkt. No. 99.)

In its Order Denying Petitioner's Sixth Motion for Relief From Judgment, (Dkt. No. 99 at 2), the Court warned Petitioner that it would strike any future motions for relief from judgment based on the same or similar grounds raised in the previous motions. The Court, therefore, STRIKES Petitioner's Motion for Relief from Judgment. (Dkt. No. 108.)

The Court will STRIKE any future motions for relief from judgment based on the same or similar arguments Petitioner has advanced in these seven motions for relief from judgment.

The clerk is ordered to provide copies of this order to Petitioner and all counsel.

Dated March 25, 2025.

Marsha J. Pechman
United States Senior District Judge